IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM R. PERPETUA, *ET AL*, | ) |
| Plaintiffs, | ) Case No. 1:23-cv-02142 <br> ) <br> ) JUDGE DAN AARON POLSTER |
| v. | ) <br> ) <u>DISMISSAL ORDER</u> |
| STEVEN GREENBERG MANAGEMENT, LTD., *ET AL*, | ) <br> ) <br> ) |
| Defendants. | ) |

On February 28, 2024, the Court held a Zoom mediation session and engaged the parties in settlement discussions. At the conclusion, the parties reached a settlement. The Court approves the parties' settlement agreement. Per the agreement, Defendant Steven Greenberg Management, Ltd, is dismissed with prejudice. The remainder of the case is settled and dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Date: February 28, 2024

                                           */s/ Dan Aaron Polster*
                                           Dan Aaron Polster
                                           United States District Judge